```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6
   Attorney for Defendant
7  PETER JOSEPH BALLINGER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 02-480 WBS |
| Plaintiff, ) | |
| ) | DEFENDANT'S UNOPPOSED MOTION TO |
| v. ) | TERMINATE SUPERVISION PURSUANT TO |
| ) | 18 USC § 3583(E)(1) |
| PETER JOSEPH BALLINGER, ) | |
| ) | |
| Defendant. ) | Time: |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

**TO: McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND PHILLIP TALBERT, ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR THE PLAINTIFF:**

   PLEASE TAKE NOTICE that the defendant, Peter Joseph Ballinger, through undersigned counsel, hereby moves the Court to terminate supervision pursuant to 18 U.S.C. § 3583(e)(1).

**I.  FACTS**

Mr. Ballinger was convicted of a Manufacturing Marijuana in violation of 21 U.S.C. § 841. He was released from the Bureau of Prison's custody on April 17, 2006. He has been supervised by the United States Probation Office for at least two years. His original term of supervision was 48 months.

According to the probation officer, Mr. Ballinger has never had any violations of his terms of supervision. He has been in good communication with the probation office, often initiating the contact himself. His health is currently very poor. He owes no fines, special assessments or restitution. He lives in a remote area approximately 3 hours from the probation office.

The defendant is requesting termination of his supervision. ***The defendant's probation officer has been contacted and has no opposition to this request. Counsel for the government, Phillip Talbert, has consulted with probation and also has no objection to this request.***

**II.  LAW**

18 U.S.C. 3583(e)(1) states that the Court may terminate supervision at any time after one year if the Court is "satisfied that such action is warranted by the conduct of the defendant" and if such action is in the interests of justice.

This case was Mr. Ballinger's first involvement with the criminal justice system. His conduct during the more than two years since his release from federal custody has been exemplary. He respectfully requests that this Court now terminate his supervision. The government has no objection to this request.

Motion to Terminate Supervision   -2-

Dated: June 19, 2008

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      PETER JOSEPH BALLINGER


### O R D E R

Pursuant to 18 U.S.C. § 3583(e), Peter Joseph Ballinger's supervised release is ordered terminated. Early termination is warranted based on the conduct of the releasee and is in the interests of justice.

Dated: June 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Motion to Terminate Supervision   -3-